IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EAST ERN DIVISION

------------------------------------------------------- :
MILAS I. STROZIER                : CASE NO.  4:10 CV 1351
                                 :
                     Plaintiff   :
                                 :
         -vs-                    : ORDER ADOPTING REPORT AND
                                 : RECOMMENDATION AND AFFIRMING
COMMISSIONER OF SOCIAL           : COMMISSIONER'S DECISION AND
SECURITY                         : DENYING THE MOTION TO REMAND
                     Defendant   :
------------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

Plaintiff Milas Strozier challenges the Commissioner of Social Security's decision to deny his claim for disability insurance benefits and supplemental security income benefits.  This case was referred to United States Magistrate Judge James R. Knepp II for a Report and Recommendation ("R&R") pursuant to Local Civil Rule 72.2(b).  In his R&R, Magistrate Judge Knepp suggests the Court lacks jurisdiction to review the Petitioner's challenge and notes Mr. Strozier failed to show a colorable constitutional claim to side-step the jurisdictional bar.  (Doc. 16).  Accordingly, he recommends granting the Commissioner's Motion to Dismiss and denying Mr. Strozier's Motion for Remand.

No party has objected to the Magistrate Judge's R&R.  Therefore, it must be assumed the parties are satisfied with the Report's conclusion.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human

Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

    Accordingly, the Magistrate Judge's R&R is adopted.  The decision of the Commissioner dismissing Plaintiff's claim is affirmed and the Plaintiff's Motion for Remand is denied.

    IT IS SO ORDERED.

                                        /s/Lesley Wells  
                                        UNITED STATES DISTRICT JUDGE

Date: 26 April 2011